**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| This document relates to: Cunningham v. Auxilium Pharm., Inc., 1:16-cv-1058 | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff Cunningham respectfully moves this Court for leave to file a memorandum of law in opposition to Auxilium's motion for summary judgment in excess of fifteen pages. Specifically, Plaintiff seeks leave to file up to 25 pages for the brief. In support thereof, Plaintiff states as follows:

1. Local Rule 7.1 imposes a 15-page limit on briefs in support of or in opposition to any motion.

2. Plaintiff is mindful of the Court's time and resources being expended on the bellwether process.

3. In light of the volume of Auxilium's motion and numerous arguments to which Plaintiff must respond, Plaintiff believes he will require more than fifteen pages to address all of the issues. The additional pages will facilitate a complete and comprehensive review of the disputed issues.

4. With all of these considerations in mind, Plaintiff respectfully requests 25 pages for his response brief with the understanding that he will endeavor to be as efficient as possible

with any and all leave granted by the Court and will make every effort to use as little of that leave as possible.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests leave from the Court to file a brief in opposition to Auxilium's motion for summary judgment totaling no more than 25 pages.

DATED:  February 26, 2018                    Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Brendan A. Smith*
>Brendan A. Smith
>SIMMONS HANLY CONROY
>One Court Street
>Alton, IL 62002
>Phone: (618) 259-2222
>Fax: (618) 259-2252
>Email: bsmith@simmonsfirm.com