IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TESTOSTERONE ) | |
| REPLACEMENT THERAPY ) | Case No. 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2545 |

This document relates to: Cunningham v.
Auxilium Pharm., Inc., 1:16-cv-1058

## NOTICE OF MOTION

**TO:** All counsel of record

**PLEASE TAKE NOTICE** that on March 7, 2018 at 9:30 a.m. counsel shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present Plaintiffs' Motion to Exceed Page and Paragraph Limits if the Court deems it necessary.

Dated: February 26, 2018

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 26, 2018, this document was filed and distributed to all parties via the ECF/CMF filing system.

                */s/ Brendan A. Smith*
                Brendan A. Smith
                SIMMONS HANLY CONROY
                One Court Street
                Alton, IL 62002
                Phone: (618) 259-2222
                Fax: (618) 259-2252
                Email: bsmith@simmonsfirm.com